**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:                                           CASE NUMBER: 09-06325

RAFAEL A FONT VELAZQUEZ                          CHAPTER 7

DEBTOR(S)

# DEBTOR'S STATEMENT OF SPECIAL CIRCUMTANCES TO REBUT PRESUMPTION OF ABUSE UNDER §707(B)(2)

**TO THE HONORABLE COURT:**

I, Jose L Velez Soto, the debtor in the above- styled case, hereby declares under penalty that the following is true and correct.

1. On July 31, 2009, I filed a petition under chapter 7 of the bankruptcy code and indicated on the Statement of Current Monthly Income and Means Test that my current monthly income is $4,584.70.

2. That this amount was determined by taking the monthly average of all income I received during the six month period ending on the last day of the month before my bankruptcy filing.

3. That the Statement of Current Monthly Income and Means Test Calculation that I filed, shows that I have at least $286.74 extra available income per month to pay unsecured creditors and I'm not currently earning the amount per month stated.

4. That upon the actual economic situation my income have decrease almost 50% of what I was used to earn every month .

August 6th , 2009                    /s/ Rafael A Font Velazquez
                                     Debtor